**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Hermes Adonay GUILLEN,**
**Defendant—Appellant.**

**No. 10–10228.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Robert A. Bork, Assistant U.S., Robert Lawrence Ellman, Esquire, Assistant U.S.,

Adam McMeen Flake, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Hermes Adonay Guillen appeals from the 36–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Guillen contends that the sentence is substantively unreasonable because: (1) it was unreasonable for the district court to enhance his sentence based on his prior drug trafficking conviction; (2) he is unlikely to reoffend; and (3) he is culturally assimilated. In light of the totality of the circumstances and the factors under 18 U.S.C. § 3553(a), the sentence below the Guidelines range is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.